308 Ga. 492
FINAL COPY

S18Y1385.  IN THE MATTER OF RICARDO L. POLK.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of General Counsel of the State Bar of Georgia, and it appearing that Ricardo L. Polk (State Bar No. 001354) has satisfied the conditions for reinstatement as specified by this Court, see In the Matter of Ricardo L. Polk, 304 Ga. 326 (818 SE2d 495) (2018), it is hereby ordered that Ricardo L. Polk be reinstated to the practice of law in the State of Georgia.

Reinstated. Melton, C. J., Nahmias, P. J., and Blackwell, Boggs, Peterson, Warren, Bethel, and Ellington, JJ., concur.

DECIDED APRIL 8, 2020.

Reinstatement.

Paula J. Frederick, General Counsel State Bar, Jenny K. Mittelman, Andreea N. Morrison, Assistant General Counsel State Bar, for State Bar of Georgia.